## II. Jurisdiction

2. Jurisdiction is conferred upon this Court pursuant to 28 U.S.C.A. §§ 1331 and 1343 because the matters in controversy arise under the United States Constitution and laws of the United States of America.

3. This Court also has supplemental jurisdiction over various state and common law claims pursuant to 28 U.S.C. § 1367.

## III. Venue

4. Under 28 U.S.C. § 1391, venue is proper before this Court because the events and omissions giving rise to the Plaintiffs' claims occurred in the Western District of Texas.

## IV. Parties

5. Megan Marie McMurry and Adam Seth McMurry are citizens of the State of Texas and currently reside in McKinney, Texas.

6. J.M., a Minor Child, is the daughter of Megan Marie McMurry and Adam Seth McMurry who resides with her parents in McKinney, Texas.

7. Defendant Midland Independent School District is a school district organized under the laws of the State of Texas and responsible for the care, management and control of all public school business within its jurisdiction and also for the acts and omissions of its staff, such as Alexandra Weaver and Kevin Brunner. It can be served by and through their Interim Superintendent, Dr. Ann Dixon, at 615 W. Missouri Avenue, Midland, Texas 79701, or through Rick Davis, President of its Board of Trustees, at 615 W. Missouri Avenue, Midland, Texas 79701.

8. Defendant Alexandra Weaver is an individual who can be served with process at 6009 E. County Road 120, Midland, Texas 79706.