IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ALESIA JADE MCMURRY, MEGAN MARIE MCMURRY and ADAM SETH MCMURRY,<br>    Plaintiffs | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 7:20-cv-00242-DC |
| | § | |
| ALEXANDRA WEAVER and KEVIN BRUNNER,<br>    Defendants | §<br>§<br>§<br>§ | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR NEW TRIAL (PHASE II)

Having considered Plaintiffs' Motion for New Trial (Phase II) (the "Motion") and any responses, it is hereby ORDERED that a new trial is GRANTED for Phase II of the bifurcated trial.

Signed: _____, 2026

                                               _____
                                               Presiding Judge