UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| ALESIA JADE MCMURRY, MEGAN MARIE MCMURRY and ADAM SETH MCMURRY, <br>     Plaintiffs <br> v. <br><br> ALEXANDRA WEAVER and KEVIN BRUNNER, <br>     Defendants | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. 7:20-cv-00242-DC |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Alesia Jade McMurry, Megan Marie McMurry, and Adam Seth McMurry ("Plaintiffs") in the above named case hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on April 1, 2026 (Doc. #245) by the United States District Court for the Western District of Texas.

The parties to this action are Plaintiffs Alesia Jade McMurry, Megan Marie McMurry, and Adam Seth McMurry, who are the appealing parties, and Defendants Alexandra Weaver and Kevn Brunner, who would be the appellees.

LAW OFFICE OF PETER BAGLEY PLLC

by: _/s/Peter F. Bagley_
     Peter F. Bagley
     Texas Bar No. 00783581
     peter@peterbagley.law
2304 W. Interstate 20, Suite 240
Arlington, Texas 76017
(817) 961-1010
(817) 961-1080 - Facsimile

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true copy of the above and foregoing pleading was served on all attorneys of record via electronic service on this 26th day of June 2026.

/s/ Peter F. Bagley
Peter F. Bagley