**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **ALESIA JADE McMURRY, MEGAN MARIE McMURRY, and ADAM SETH McMURRY,** | § § § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | **CA No.: 7:20-CV-00242-DC** |
| **vs.** | § | |
| | § | |
| | § | |
| **ALEXANDRA WEAVER and KEVIN BRUNNER,** | § § | |
| **Defendants.** | § | |

**DEFENDANT BRUNNER'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN, pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure, that Defendant Kevin Brunner, a Defendant in the above entitled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on April 1, 2026 [ECF 245].

NOTICE IS ALSO HEREBY GIVEN, pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure, that Defendant Brunner hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action one May 21, 2026, [ECF 288] (Order denying Defendant Kevin Brunner's Motion to Alter or Amend Judgment Pursuant to FRCP 59(e) and Motion for Judgment Notwithstanding the Verdict Pursuant to FRCP 50(b) [ECF 271].

Respectfully submitted,

*/s/ Thomas P. Brandt*
**THOMAS P. BRANDT**
State Bar No. 02883500
tbrandt@thompsoncoe.com
**CHRISTOPHER D. LIVINGSTON**
State Bar No. 24007559
clivingston@thompsoncoe.com

**CHRISTOPHER BRANDT**
State Bar No. 24095984
cbrandt@thompsoncoe.com
**ANGELA LEE**
State Bar No. 24151122
alee@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, LLP**
700 North Pearl Street, 25th Floor
Dallas, TX 75201
Telephone: 214-871-8200
Facsimile: 214-871-8209

**ATTORNEYS FOR DEFENDANT
KEVIN BRUNNER**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June 2026, I electronically filed the foregoing document with the Clerk of the Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

 */s/ Thomas P. Brandt*
**THOMAS P. BRANDT**